UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
WEIDER HEALTH AND FITNESS, et al.,

                      Plaintiffs,

- against -

AUSTEX OIL LIMITED, et al.,

                      Defendants.
------------------------------------------------------------x

17 Cv. 2089 (RMB)

**ORDER**

The conference currently scheduled for Tuesday, February 18, 2020, at 10:30 a.m. is hereby rescheduled to 11:00 a.m. on the same date.

Dated: New York, New York
       February 13, 2020

**RICHARD M. BERMAN**
**U.S.D.J.**