# GT GreenbergTraurig

Caroline J. Heller
Tel 212.801.2165
Fax 212.805.9488
hellerc@gtlaw.com

**MEMO ENDORSED**

February 17, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/18/2020

**VIA ECF**

The Honorable Richard M. Berman
United States District Judge
United States District Court S.D.N.Y.
500 Pearl Street
New York, New York 10007-1312

**Re:**   *Weider Health & Fitness et al. v. AusTex Oil Limited et al.,* **No. 1:17-cv-02089 (RMB)**

Dear Judge Berman:

We represent Defendants in the above-captioned action. We write jointly with counsel for Plaintiffs to a request a 2-week adjournment of the status conference in this case currently scheduled for February 18, 2020 at 11:00 am. The parties request the adjournment to provide additional time to finalize a possible resolution to this matter. The parties are available on for a rescheduled conference on: March 4 from 10:00 am-4:30 pm; March 5 from 11:30 am – 4:30 pm, and; March 6 from 10:00 am-5:00 pm.

Respectfully submitted,

GREENBERG TRAURIG, LLP

By:   /s/ Caroline J. Heller
      Caroline J. Heller
      200 Park Ave.
      New York, New York 10166
      Tel: (212) 801-9200
      Fax: (212) 805-6400
      hellerc@gtlaw.com
      *Attorneys for Defendants*

cc:   Martin Eisenberg, Esq.   (*via ECF*)

Application granted.
Conference adjourned
to March 6, 2020 at
10:00 AM.

SO ORDERED:
Date: 2/18/2020   Richard M. Berman
                  Richard M. Berman, U.S.D.J.