UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
WEIDER HEALTH AND FITNESS, et al.,  :
                                    :
                    Plaintiffs,     :
                                    :   17 Cv. 2089 (RMB) (OTW)
         - against -                :
                                    :   **ORDER**
AUSTEX OIL LIMITED, et al.,         :
                                    :
                    Defendants.     :
------------------------------------------------------------x

A settlement teleconference will be held on Monday, May 11, 2020 at 2:00 p.m. Dial-in instructions are as follows:

Teleconference Number: 1-877-336-1829

Access Code: 6265989

Interested parties and counsel should contact Chambers via email, at bermannysdchambers@nysd.uscourts.gov by Friday, May 8, 2020 noon, to obtain the security code needed to participate in the conference.

Dated: New York, New York
       April 9, 2020



RICHARD M. BERMAN
U.S.D.J.