UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
WEIDER HEALTH AND FITNESS, et al.,                           :
                                                             :
                                      Plaintiffs,            :
                                                             :    17 Cv. 2089 (RMB) (OTW)
                  - against -                                :
                                                             :    **ORDER**
AUSTEX OIL LIMITED, et al.,                                  :
                                                             :
                                      Defendants.            :
------------------------------------------------------------x

      The matter is referred to Magistrate Judge Ona T. Wang for settlement, including all issues related thereto.

Dated: New York, New York
       May 19, 2020

                                               _____
                                               **RICHARD M. BERMAN**
                                                      **U.S.D.J.**