**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

| | |
|---|---|
| WEIDER HEALTH AND FITNESS, et al., | : |
| | : |
| Plaintiffs, | : |
| | :    17 Cv. 2089 (RMB) (OTW) |
| - against - | : |
| | :    **ORDER** |
| AUSTEX OIL LIMITED, et al., | : |
| | : |
| Defendants. | : |

------------------------------------------------------------x

      A status teleconference will be held on Tuesday, October 13, 2020 at 9:00 a.m. Dial-in instructions are as follows:

      Teleconference Number: 1-877-336-1829

      Access Code: 6265989

      Interested parties and counsel should contact Chambers via email, at bermannysdchambers@nysd.uscourts.gov by Monday, October 12, 2020 noon, to obtain the security code needed to participate.

Dated:  New York, New York
         October 7, 2020

                                                              */s/ Richard M. Berman*
                                                           **RICHARD M. BERMAN**
                                                                **U.S.D.J.**