**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
WEIDER HEALTH AND FITNESS, et al., :
:
                      Plaintiffs, :
: 17 Cv. 2089 (RMB) (OTW)
       - against - :
: **ORDER**
AUSTEX OIL LIMITED, et al., :
:
                     Defendants. :
---------------------------------------------------------------x

On consent of the parties, the status conference scheduled for today is cancelled.

Dated: New York, New York
       November 24, 2020

                                              */s/ Richard M. Berman*
                                              **RICHARD M. BERMAN**
                                                      U.S.D.J.